**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Shane E. Dickey**
**Megan L. Dickey**
   Debtor(s)

Bankruptcy Case No.: 17–10421–TPA
Per March 5, 2019 Proceeding
Chapter: 13
Docket No.: 52 – 49, 50
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 15, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

- ☑ H.   Additional Terms: 1) Americredit Financial (Claim No. 2) to govern as to amount to be paid, at Plan terms, retroactive to month one.
2) The secured claim(s) of the following Creditor(s) shall govern as to pre–petition arrears, and the monthly post–petition payments shall be based on allowed payment changes of record: PNC (Claim No. 8).
3) Aaron, Inc. (Claim No. 12 & 13) to govern as timely filed with all payments proper.
4) Attorney fees to be based on retainer received of $910.00.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: March 8, 2019

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-10421-TPA
Shane E. Dickey                                                     Chapter 13
Megan L. Dickey
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: vson               Page 1 of 2              Date Rcvd: Mar 08, 2019
                              Form ID: 149             Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
```
db/jdb         +Shane E. Dickey,    Megan L. Dickey,    78 Birch Drive,    Anita, PA 15711-9733
cr             +AmeriCredit Financial Services, Inc. d/b/a GM Fina,    PO Box 183853,    Arlington, TX 76096-3853
14639701      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:  Americredit Financial Services dba GM Financial,    PO box 183853,
                 Arlington TX 76096)
14722267        Aaron's Inc,,    PO Box 10039,    Kennesaw GA 30156
14415816       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
14409860       +Bernard C. John, Esquire,    Suite 205 Alstan Mall,    2526 Monroeville Blvd.,
                 Monroeville, PA 15146-2358
14409861       +Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
14409871       +Citizens State Bank,    c/o Service Finance Company,    555 S. Feberal Hwy Ste 200,
                 Boca Raton, FL 33432-6033
14409863       +First National Bank of PA,    4140 E State Street,    Hermitage, PA 16148-3401
14409864       +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
14409865       +Great Lakes Higher Education,    PO Box 7860,    Madison, WI 53707-7860
14654369       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14409870       +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
14409869        PNC Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
14409868       +PNC Mortgage,    P. O, Box 3232 Newmark Drive,    Miamisburg, OH 45343-3232
14658989       +Peoples TWP LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14416943       +STERLING JEWELERS INC D/B/A KAY JEWELERS,    c/o Weltman, Weinberg & Reis Co., LPA,
                 436 Seventh Avenue, Ste 2500,    Pittsburgh, PA 15219-1842
14409872       +Sheffield Financial Corp,    PO Box 1847,    Greenville, NC 27835-1847
14650579        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14409873        Udren Law Office, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road Suite 200,
                 Cherry Hill, NJ 08003-3620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14415309        E-mail/Text: mrdiscen@discover.com Mar 09 2019 02:30:23     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14409862       +E-mail/Text: mrdiscen@discover.com Mar 09 2019 02:30:23     Discover Finl Svc LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
14672855        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 09 2019 02:31:08     Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud MN 56302-9617
14409866        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 09 2019 02:31:08     Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
14409867       +E-mail/Text: BKRMailOPS@weltman.com Mar 09 2019 02:30:32     Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14640653        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2019 02:30:45
                 Pennsylvania Department of Revenue,    Bankruptcy division,  P O Box 280946,
                 Harrisburg P A 17128-0946
14423490        E-mail/Text: bankruptcy@bbandt.com Mar 09 2019 02:30:44     Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
cr              PNC Bank, National Association
cr*            +Peoples TWP LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                              TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: vson                 Page 2 of 2            Date Rcvd: Mar 08, 2019
                              Form ID: 149               Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:

        Elizabeth Lamont Wassall   on behalf of Creditor   PNC Bank, National Association pabk@logs.com, ewassall@logs.com

        James Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

        S. James Wallace   on behalf of Creditor   Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        Sharon L. Smith   on behalf of Joint Debtor Megan L. Dickey slschmedler@gmail.com, slschmedler@gmail.com

        Sharon L. Smith   on behalf of Debtor Shane E. Dickey slschmedler@gmail.com, slschmedler@gmail.com

        TOTAL: 7