UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 17-10421-TPA |
| SHANE E. DICKEY<br>MEGAN L. DICKEY,<br>　　Debtors | Chapter 13 |
| SHANE E. DICKEY<br>MEGAN L. DICKEY,<br>　　Movants | Motion No. WO-3<br><br>Rel to Doc No. 58 |
| v. | |
| IRON HORSE TOOLS, LLC<br>　　Respondent | |

**CERTIFICATE OF SERVICE OF NOTIFICATION OF
DEBTOR'S SOCIAL SECURITY NUMBER AND ORDER
TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

I hereby certify under penalty of perjury that I served the above captioned Notification of Debtor's Social Security Number and Order to Pay Trustee Pursuant to Wage Attachment to the following parties at the following addresses on 27 March 2019:

By First Class Mail:

Iron Horse Tools LLC　　　　　　　　　Shane E. Dickey
311 Saratoga Blvd.　　　　　　　　　　　Megan L. Dickey
Corpus Christi, TX 78417　　　　　　　　78 Birch Drive
　　　　　　　　　　　　　　　　　　　Anita, PA 15711

By Electronic Notification:

Office of U.S. Trustee　　　　　　　　　Ronda J. Winnecour, Trustee
ustpregion03.pi.ecf@usdoj.gov　　　　　cmecf@chapter13trusteewdpa.com

EXECUTED ON: 27 March 2019　　　　BY: /s/Sharon L. Smith
　　　　　　　　　　　　　　　　　　　　Sharon L. Smith
　　　　　　　　　　　　　　　　　　　　197 Main Street
　　　　　　　　　　　　　　　　　　　　Brookville, PA 15825
　　　　　　　　　　　　　　　　　　　　814-849-6720
　　　　　　　　　　　　　　　　　　　　slschmedler@gmail.com
　　　　　　　　　　　　　　　　　　　　PA I.D. 28738