FILED
3/26/19 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.17 10421-TPA |
| SHANE E. DICKEY<br>MEGAN L. DICKEY,<br>    Debtors | Chapter 13 |
| SHANE E. DICKEY<br>MEGAN L. DICKEY,<br>    Movants | Motion No. WO-3 |
| | Rel to Doc No. 57 |
| v. | |
| IRON HORSE TOOLS, LLC<br>    Respondent | |

### **ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED, that until further order of this Court, the entity from which the debtor receives income, IRON HORSE TOOLS LLC shall deduct the sum of TWO THOUSAND SIX HUNDRED FIVE AND 28/100TH($2,605.28) DOLLARS per month beginning on the next pay day following the receipt of this order and shall deduct a similar amount each month thereafter, including any month which the Debtor receives a periodic or lump sum payment as the result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
Chapter 13 Trustee W .D. Pa.
P.O. Box 84051
Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated the reason therefore.
IT IS FURTHER ORDERED that the debtors shall serve this order and a copy of the notification of Debtor's Social Security Number, Local Form No. 12, which includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and the local form, but the Social Security number shall not be included on the certificate.

      IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension or union dues shall be paid to the Debtor in accordance with the usual payment procedures.

      IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR GARNISHMENT, WAGE ATTACHMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF THE DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

      IT IS FURTHER ORDERED that this order supersedes previous ordered made to the above-named entity.

      IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to this Court.

DATED this 26th day of March, 2019.

Thomas P. Agresti    ljm
United States Bankruptcy Court

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                             Case No. 17-10421-TPA
Shane E. Dickey                                                    Chapter 13
Megan L. Dickey
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: bsil                   Page 1 of 1                  Date Rcvd: Mar 26, 2019
                              Form ID: pdf900              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db/jdb         +Shane E. Dickey,    Megan L. Dickey,   78 Birch Drive,    Anita, PA 15711-9733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace     on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sharon L. Smith     on behalf of Joint Debtor Megan L. Dickey slschmedler@gmail.com,
               slschmedler@gmail.com
              Sharon L. Smith     on behalf of Debtor Shane E. Dickey slschmedler@gmail.com,
               slschmedler@gmail.com
                                                                                             TOTAL: 8