UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Bankruptcy No.17-10421-TPA

SHANE E. DICKEY
MEGAN L. DICKEY,                  Chapter 13
    Debtors

                                   Document No.

SHANE E. DICKEY
MEGAN L. DICKEY,                  Motion WO-4
    Movants

    v.

IRON HORSE TOOLS LLC,
    Respondent

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

    The above-named Debtor having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 Plan:

    IT IS, THEREFORE, ORDERED, that until further order of this Court, the entity from which the Debtor receives income, IRON HORSE TOOLS, LLC, 311 Saratoga Blvd., Corpus Christi, TX 78417, the sum of TWO THOUSAND SEVEN HUNDRED SEVENTY-FOUR AND 97/100THS ($2,774.97) DOLLARS per month beginning on the next pay day following the receipt of this order and shall deduct a similar amount each month thereafter, including any month which the Debtor receives a periodic or lump sum payment as the result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
Chapter 13 Trustee W .D. Pa.
P.O. Box 84051
Chicago, IL 60689-4002

    IT IS FURTHER ORDERED that the above named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated the reason therefore.
    IT IS FURTHER ORDERED that the debtors shall serve this order and a copy of the notification of Debtor's Social Security Number, Local Form No. 12, which includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and the local form, but the Social Security number shall not be included on the certificate.

      IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension or union dues shall be paid to the Debtor in accordance with the usual payment procedures.

      IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR GARNISHMENT, WAGE ATTACHMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF THE DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

      IT IS FURTHER ORDERED that this order supersedes previous ordered made to the above-named entity.

      IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to this Court.

DATED this _____ day of _____, 2019.

                                                                       _____
                                                                       Thomas P. Agresti
                                                                       United States Bankruptcy Judge