Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Shane E. Dickey**
**Megan L. Dickey**
   Debtor(s)

Bankruptcy Case No.: 17-10421-TPA

Chapter: 13
Docket No.: 74 - 71
Concil. Conf.: 6/4/19 at 01:30 PM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _23rd_ day of _April_, _2019_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    See Exhibit A Attached Hereto

on the respondent(s) at (list names and addresses here):

Executed on _23 April 2019_             _[Signature]_
        (Date)                                                       (Signature)

Sharon L. Smith, 191 Main Street, Brookville, PA 15825
(Type Name and Mailing Address of Person Who Made Service)

## **EXHIBIT A**

| | | |
|---|---|---|
| Americredit Financial Services<br>PO Box 183853<br>Arlington, TX 76096 | Peoples TWP LLC<br>c/o James Wallace PC<br>845 N. Lincoln Ave<br>Pittsburgh, PA 15233-1828 | Aaron's Inc.<br>PO Box 10039<br>Kennesaw, GA 30156 |
| Bernard C. John, Esquire<br>Suite 205 Alstan Mall<br>2526 Monroeville Blvd<br>Monroeville, PA 15146-2358 | Chase Auto<br>PO box 901003<br>Fort Worth. TX 76101 | Citizens State<br>Bank c/o Service<br>Finance Co.<br>555 S. Federal Hwy<br>Suite 200<br>Boca Raton, FL 33432 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Discover Finl Svc LLC<br>PO Box 15316<br>Wilmington, DE 19850 | First Natl Bank of PA<br>4140 E. State Street<br>Hermitage, PA 16148 |
| GM Financial<br>PO Box 181145<br>Arlington, TX 76096 | Great Lakes Higher Ed<br>PO Box 7860<br>Madison, WI 53707 | Jefferson Capital Sys<br>PO Box 7999<br>Saint Cloud, MN 56302 |
| Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333 | PNC Bank, NA<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | PNC Mortgage<br>PO Box 1820<br>Dayton, OH 455401 |
| PNC Mortgage<br>PO Box 8703<br>Dayton, OH 45401 | PA Dept. of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128 | Sterling Jewelers<br>c/o Weltman,<br>Weinberg & Reis<br>436 Seventh Ave<br>Suite 2500<br>Pittsburgh, PA15219 |
| Sheffield Financial<br>PO Box 1847<br>CtrWilson, NC 27894 | US Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708 | Udren Law Office<br>Woodcrest Corp<br>111 Woodcrest Rd.<br>Suite 200<br>Cherry Hill, NJ 08003 |

Shane E. Dickey
Megan L. Dickey
78 Birch Drive
Anita, PA 15711

By Electronic Notification:

Office of U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com