UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.17-10421-TPA |
| SHANE E. DICKEY<br>MEGAN L. DICKEY,<br>    Debtors | Chapter 13 |
| SHANE E. DICKEY<br>MEGAN L. DICKEY,<br>    Movants | Motion WO-4<br><br>Related to Document No. 73 |
| v. | |
| IRON HORSE TOOLS, LLC,<br>    Respondent | |

**CERTIFICATE OF SERVICE OF
ORDER TO PAY TRUSTEE PURSUANT
TO WAGE ATTACHMENT AND NOTIFICATION
OF DEBTOR'S SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that served the above-captioned Order to Pay Trustee Pursuant to Wage Attachment and Notification of Debtor's Social Security Number on the following parties at the following addresses on 22 April 2019:

By First Class Mail:

| | |
|---|---|
| Iron Horse Tools, LLC<br>311 Saratoga Blvd.<br>Corpus Christi, TX78417 | Shane E. Dickey<br>Megan L. Dickey<br>78 Birch Drive<br>Anita, PA15711 |

By Electronic Notification:

| | |
|---|---|
| Office of U.S. Trustee<br>ustpregion03.pi.ecf@usdoj.gov | Ronda J. Winnecour, Trustee<br>cmecf@chapter13truseewdpa.com |
| EXECUTED ON: 22 April 2019 | By: /s/Sharon L. Smith<br>        Sharon L. Smith<br>        197 Main Street<br>        Brookville, PA 15825<br>        814-849-6720<br>        slschmedler@gmail.com<br>        PA I.D. 28738 |