UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 17-10421-TPA |
| SHANE E. DICKEY<br>MEGAN L. DICKEY,<br>    Debtors | Chapter 13 |
| SHANE E. DICKEY<br>MEGAN L. DICKEY,<br>    Movants | |
| v. | |
| NO RESPONDENT | |

**ORDER**

AND NOW _____ day of _____, 2019, upon consideration of Motion to Convert Chapter 13 to Chapter 7, it is hereby,

ORDERED, ADJUDGED, AND DECREED, that the Motion is granted.

_____
Thomas P. Agresti
United States Bankruptcy Judge