UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          Bankruptcy No. 17-10421-TPA

SHANE E. DICKEY                                     Chapter 7
MEGAN L. DICKEY,
    Debtors

### CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPER 7 AND TERMINATING WAGE ATTACHEMENT

I hereby certify that I served the above captioned Order on the following parties at the following addresses on 22 October2019:

By Electronic Notification:

Office of U.S. Trustee                                   Ronda J. Winnecour, Trustee
ustpregion03.pi.ecf@usdoj.gov              cmecf@chapter13trusteewdpa.com

By First Class Mail:

See Exhibit A


EXECUTED ON: 22 October 2019          By: /s/Sharon L. Smith
                                                                  Sharon L. Smith
                                                                  197 Main Street
                                                                  Brookville, PA 15825
                                                                  814-849-6720
                                                                  slschmedler@gmail.com
                                                                  PA I.D. 28738

## **EXHIBIT A**

| | | |
|---|---|---|
| Americredit Financial Services<br>PO Box 183853<br>Arlington, TX 76096 | Peoples TWP LLC<br>c/o James Wallace PC<br>845 N. Lincoln Ave<br>Pittsburgh, PA 15233-1828 | Aaron's Inc.<br>PO Box 10039<br>Kennesaw, GA 30156 |
| Bernard C. John, Esquire<br>Suite 205 Alstan Mall<br>2526 Monroeville Blvd<br>Monroeville, PA 15146-2358 | Chase Auto<br>PO box 901003<br>Fort Worth. TX 76101 | Citizens State<br>Bank c/o Service<br>Finance Co.<br>555 S. Federal Hwy<br>Suite 200<br>Boca Raton, FL 33432 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Discover Finl Svc LLC<br>PO Box 15316<br>Wilmington, DE 19850 | First Natl Bank of PA<br>4140 E. State Street<br>Hermitage, PA 16148 |
| GM Financial<br>PO Box 181145<br>Arlington, TX 76096 | Great Lakes Higher Ed<br>PO Box 7860<br>Madison, WI 53707 | Jefferson Capital Sys<br>PO Box 7999<br>Saint Cloud, MN 56302 |
| Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333 | PNC Bank, NA<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | PNC Mortgage<br>PO Box 1820<br>Dayton, OH 455401 |
| PNC Mortgage<br>PO Box 8703<br>Dayton, OH 45401 | PA Dept. of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128 | Sterling Jewelers<br>c/o Weltman,<br>Weinberg & Reis<br>436 Seventh Ave<br>Suite 2500<br>Pittsburgh, PA15219 |
| Sheffield Financial<br>PO Box 1847<br>CtrWilson, NC 27894 | US Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708 | Udren Law Office<br>Woodcrest Corp<br>111 Woodcrest Rd.<br>Suite 200<br>Cherry Hill, NJ 08003 |

Shane E. Dickey  Iron Horse Tools, LLC
Megan L. Dickey  311 Saratoga Blvd.
78 Birch Drive  Corpus Christi, TX 78417
Anita, PA 15711