**Form 132**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

90

In re:                                                    Bankruptcy Case No.: 17–10421–TPA

                                                          Chapter: 7

**Shane E. Dickey**
  Debtor(s)                                 Megan L. Dickey

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Tamera Ochs Rothschild is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 10/17/19                                    **Andrew R. Vara**
                                                   Acting United States Trustee

                                                   **Joseph S. Sisca**
                                                   Assistant United States Trustee
                                                   Western District of Pennsylvania

I Tamera Ochs Rothschild, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                   Tamera Ochs Rothschild

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-10421-TPA
Shane E. Dickey                                                     Chapter 7
Megan L. Dickey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam          Page 1 of 1          Date Rcvd: Oct 17, 2019
                             Form ID: 132          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: trothschild@gmx.com Oct 18 2019 03:22:12      Tamera Ochs Rothschild,
                318 W. Spring Street,   Titusville, PA 16354-1659
                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sharon L. Smith    on behalf of Joint Debtor Megan L. Dickey slschmedler@gmail.com,
               slschmedler@gmail.com
              Sharon L. Smith    on behalf of Debtor Shane E. Dickey slschmedler@gmail.com,
               slschmedler@gmail.com
              Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
                                                                            TOTAL: 9