**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Shane E. Dickey**
**Megan L. Dickey**
  Debtor(s)

Bankruptcy Case No.: 17–10421–TPA

Chapter: 7
Docket No.: 89 – 88

### NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

Ronda J. Winnecour, Esq. has been removed as trustee from this case and will not receive any future notifications.

The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: October 17, 2019

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-10421-TPA
Shane E. Dickey                                                     Chapter 7
Megan L. Dickey
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam          Page 1 of 1          Date Rcvd: Oct 17, 2019
                             Form ID: 143         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
tr              +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
          Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
           ewassall@logs.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          S. James Wallace   on behalf of Creditor   Peoples TWP LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Sharon L. Smith   on behalf of Joint Debtor Megan L. Dickey slschmedler@gmail.com,
           slschmedler@gmail.com
          Sharon L. Smith   on behalf of Debtor Shane E. Dickey slschmedler@gmail.com,
           slschmedler@gmail.com
          Tamera Ochs Rothschild   trothschild@gmx.com,  pa70@ecfcbis.com
                                                                   TOTAL: 9