**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHANE E. DICKEY<br>MEGAN L. DICKEY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:17-10421 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/25/2017 and confirmed on 06/07/2017. The case was subsequently     (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,376.36 |
| Less Refunds to Debtor | 3,457.23 | |
| TOTAL AMOUNT OF PLAN FUND | | 62,919.13 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 2,850.05 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,850.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 21,349.92 | 0.00 | 21,349.92 |
|     Acct: 8823 | | | | |
|   PNC BANK NA | 12,644.87 | 12,644.87 | 0.00 | 12,644.87 |
|     Acct: 8823 | | | | |
|   SHEFFIELD FINANCIAL | 12,172.37 | 5,805.78 | 2,391.04 | 8,196.82 |
|     Acct: 5714 | | | | |
|   STERLING INC DBA KAY JEWELERS | 4,556.71 | 4,556.71 | 681.63 | 5,238.34 |
|     Acct: 3873 | | | | |
|   AARONS INC | 840.73 | 840.73 | 0.00 | 840.73 |
|     Acct: 0761 | | | | |
|   AARONS INC | 341.81 | 341.81 | 0.00 | 341.81 |
|     Acct: 0761 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA G | 12,153.32 | 6,140.20 | 659.64 | 6,799.84 |
|     Acct: 8663 | | | | |
| | | | | 55,412.33 |
| Priority | | | | |
|   SHARON L SMITH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   SHANE E. DICKEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHANE E. DICKEY | 3,457.23 | 3,457.23 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHARON L SMITH ESQ | 3,090.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 589.10 | 589.10 | 0.00 | 589.10 |
|     Acct: 2106 | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP | 0.00 | 1,067.65 | 0.00 | 1,067.65 |
|     Acct: 6318 | | | | |
| | | | | 1,656.75 |
| **Unsecured** | | | | |
|   CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8010 | | | | |
|   DISCOVER BANK(*) | 2,609.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 3525 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 7,699.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 1960 | | | | |
|   UNITED STATES DEPARTMENT OF EDUCA | 13,549.84 | 0.00 | 0.00 | 0.00 |
|     Acct: 0761 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 699.65 | 0.00 | 0.00 | 0.00 |
|     Acct: 6542 | | | | |
|   SERVICE FINANCE COMPANY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 124 | | | | |
|   PA DEPARTMENT OF REVENUE* | 29.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2106 | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP | 3,056.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 6628 | | | | |
|   CITIZENS STATE BANK | 8,038.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 7117 | | | | |
|   AARONS INC | 32.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 0761 | | | | |
|   PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UDREN LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                            57,069.08

```
TOTAL CLAIMED
  PRIORITY                    589.10
  SECURED                  42,709.81
  UNSECURED                35.714.79
```

Date: 10/25/2019                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com