IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | **Shane E. Dickey** | : | Bankruptcy No. **17-10421** |
| | **Megan L. Dickey** | : | |
| | Debtor | : | |
| | | : | Chapter **7** |
| Movant | | : | |
| | | : | Related to Document No. |
| v. | | : | |
| | | : | |
| | | : | |
| Respondent (if none, then "No  Respondent") | | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____   Voluntary Petition - *Specify reason for amendment*:

_____   Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____   Summary of Schedules
_____   Schedule A - Real Property
**x**   Schedule B - Personal Property
**x**   Schedule C - Property Claimed as Exempt
_____   Schedule D - Creditors holding Secured Claims
       Check one:
          _____   Creditor(s) added
          _____   NO Creditor(s) added
          _____   Creditor(s) deleted
_____   Schedule E - Creditors Holding Unsecured Priority Claims
       Check one:
          _____   Creditor(s) added
          _____   NO Creditor(s) added
          _____   Creditor(s) deleted
_____   Schedule F - Creditors Holding Unsecured Nonpriority Claims
       Check one:
          _____   Creditor(s) added
          _____   NO Creditor(s) added
          _____   Creditor(s) deleted
_____   Schedule G - Executory Contracts and Unexpired Leases
       Check one:
          _____   Creditor(s) added
          _____   NO Creditor(s) added
          _____   Creditor(s) deleted
_____   Schedule H - Codebtors
**x**   Schedule I - Current Income of Individual Debtor(s)
**x**   Schedule J - Current Expenditures of Individual Debtor(s)
_____   Statement of Financial Affairs
**x**   Chapter 7 Individual Debtor's Statement of Intention
_____   Chapter 11 List of Equity Security Holders
_____   Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____   Disclosure of Compensation of Attorney for Debtor
**x**   Other:   **Attorney Compensation**

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows: By Electronic Notification: Office of U.S. Trustee ustpregion03.pi.ecf@usdoj.gov; Tamera Ochs Rothschild, Trustee trothscild@gmx.com By First Class Mail: Shane E. Dickey & Megan L. Dickey, 78 Birch Drive, Anita, PA 15711; GM Financial PO Box 181145, Arlington TX 76096; PNC Mortgage, 3232 Newmark Drive, Miamisburg. OH 45342; Sheffield Financial, PO Box 1847, Wilson, NC 27894

Date  **October 28, 2019**                         **/s/ Sharon L. Smith**
                                                    Attorney for Debtor(s) [or *pro se* Debtor(s)]

                                                    **Sharon L. Smith 28738**
                                                    (Typed Name)

                                                    **197 Main Street**
                                                    **Brookville, PA 15825**
                                                    (Address)

                                                    **814-849-6720**
                                                    (Phone No.)

                                                    **28738 PA**
                                                    List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.