UNITED STATTES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                 Bankruptcy No. 17-10421-TPA

SHANE E. DICKEY                                            Chapter 7
MEGAN L. DICKEY,
    Debtors

## REPORT OF CONVERSION OF CASE FROM CHAPTER 13 TO CHAPTER 7

1. Debtors incurred no unpaid debts after commencement of chapter 13 but before conversion.

2. Debtors have filed all statements and scheduled required by Bankruptcy Rules 1019(1)(A) and 1007(b).

3. Debtors have filed a Statement of Intention as required by 11 U.S.C. Section 521(a)(2) and Bankruptcy Rule 1019(1)(B).

4. (a) All property not listed in the Chapter 13 Trustee's final account and report, which was acquired after commencement of the Chapter 13 case and before conversion, has been listed.

(b) There are no unpaid debts not already listed in the Chapter 13 Trustee's final report and account.

(c) There are no executory contracts entered into or assumed after the commencement of the Chapter 13 case and before conversion.

(d) There are no additions to the mailing matrix.

Date 16 January 2020                    /s/Sharon L. Smith
                                                Sharon L. Smith
                                                197 Main Street
                                                Brookville, PA15825
                                                814-849-6720
                                                slschmedler@gmail.com
                                                PA ID 28738