**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Shane E. Dickey** | Social Security number or ITIN  **xxx−xx−2106** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Megan L. Dickey** | Social Security number or ITIN  **xxx−xx−0761** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17−10421−TPA**

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shane E. Dickey                                                    Megan L. Dickey

1/22/20                                    **By the court:**  <u>Thomas P. Agresti</u>
                                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-10421-TPA
Shane E. Dickey                                                     Chapter 7
Megan L. Dickey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: admin              Page 1 of 2              Date Rcvd: Jan 22, 2020
                               Form ID: 318             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
```
db/jdb         +Shane E. Dickey,    Megan L. Dickey,    78 Birch Drive,    Anita, PA 15711-9733
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
14722267        Aaron's Inc,,    PO Box 10039,    Kennesaw GA 30156
14409860       +Bernard C. John, Esquire,    Suite 205 Alstan Mall,    2526 Monroeville Blvd.,
                 Monroeville, PA 15146-2358
14409861       +Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
14409871       +Citizens State Bank,    c/o Service Finance Company,    555 S. Feberal Hwy Ste 200,
                 Boca Raton, FL 33432-6033
14409863       +First National Bank of PA,    4140 E State Street,    Hermitage, PA 16148-3401
15146190       +First National Bank of Pennsylvania,    c/o Karen L. Hughes, Esquire,    AAS Debt Recovery Inc.,
                 2526 Monroeville Blvd., Suite 205,    Monroeville, PA 15146-2371
14409865       +Great Lakes Higher Education,    PO Box 7860,    Madison, WI 53707-7860
14654369       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14409870       +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
14409869        PNC Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
14409868       +PNC Mortgage,    P. O, Box 3232 Newmark Drive,    Miamisburg, OH 45343-3232
14658989       +Peoples TWP LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14416943       +STERLING JEWELERS INC D/B/A KAY JEWELERS,    c/o Weltman, Weinberg & Reis Co., LPA,
                 436 Seventh Avenue, Ste 2500,    Pittsburgh, PA 15219-1842
14409872       +Sheffield Financial Corp,    PO Box 1847,    Greenville, NC 27835-1847
14650579        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14409873        Udren Law Office, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road Suite 200,
                 Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 04:11:28      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PHINAMERI.COM Jan 23 2020 08:43:00      AmeriCredit Financial Services, Inc. d/b/a GM Fina,
                 PO Box 183853,    Arlington, TX 76096-3853
14639701        EDI: PHINAMERI.COM Jan 23 2020 08:43:00      Americredit Financial Services dba GM Financial,
                 PO box 183853,    Arlington TX 76096
14415816        EDI: PHINAMERI.COM Jan 23 2020 08:43:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 P O Box 183853,    Arlington, TX 76096-3853
15163789        EDI: DIRECTV.COM Jan 23 2020 08:43:00      Directv, LLC,    by American InfoSource as agent,
                 PO Box 5008,    Carol Stream, IL  60197-5008
14415309        EDI: DISCOVER.COM Jan 23 2020 08:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14409862       +EDI: DISCOVER.COM Jan 23 2020 08:43:00      Discover Finl Svc LLC,    PO Box 15316,
                 Wilmington, DE 19850-5316
14409864       +EDI: PHINAMERI.COM Jan 23 2020 08:43:00      GM Financial,    P.O. Box 181145,
                 Arlington, TX 76096-1145
14672855        EDI: JEFFERSONCAP.COM Jan 23 2020 08:43:00      Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud MN 56302-9617
14672855        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2020 04:12:23      Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud MN 56302-9617
14409866        EDI: JEFFERSONCAP.COM Jan 23 2020 08:43:00      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
14409866        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2020 04:12:23      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
14409867       +E-mail/Text: BKRMailOPS@weltman.com Jan 23 2020 04:11:04      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14640653        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 04:11:28      Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
15175644       +E-mail/Text: bncmail@w-legal.com Jan 23 2020 04:12:15      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14423490        E-mail/Text: bankruptcy@bbandt.com Jan 23 2020 04:11:20      Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
                                                                                              TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL  ASSOCIATION
cr              PNC Bank, National Association
cr*            +Peoples TWP LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                              TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-1          User: admin              Page 2 of 2              Date Rcvd: Jan 22, 2020
                              Form ID: 318             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace   on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace   on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sharon L. Smith    on behalf of Joint Debtor Megan L. Dickey slschmedler@gmail.com,
               slschmedler@gmail.com
              Sharon L. Smith    on behalf of Debtor Shane E. Dickey slschmedler@gmail.com,
               slschmedler@gmail.com
              Tamera Ochs Rothschild    trothschild@gmx.com,   pa70@ecfcbis.com
                                                                                            TOTAL: 8
```